# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCARTHY,<br><br>    Plaintiff<br><br>v.<br><br>API GROUP LLC; JOSE ORTIZ dba CABO TACOS; and DOES 1 THROUGH 10, Inclusive<br><br>    Defendants | Case#: **16cv04881 MRW**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

    IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2) and the parties' Joint Stipulation For Dismissal on file herein, that Defendants API GROUP LLC and JOSE ORTIZ dba CABO TACOS are dismissed with prejudice from Plaintiffs' Complaint and that Plaintiff's Complaint is dismissed with prejudice in its entirety.  Each party shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: __August 24, 2016__

                                                _____

                                          Honorable Michael R. Wilner
                                          United States Magistrate Judge